# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHELSEA MICHAEL,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LIDIA STIGLICH, DISTRICT JUDGE,
Respondents,
and
SUNRISE LV I, LLC; AND MICHAEL
TALBOTT,
Real Parties in Interest.

No. 70476

FILED

JUL 1 3 2016

*TRACIE K. LINDEMAN
CLERK OF SUPREME COURT*
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting a motion to set aside a default entered by the court clerk. Having considered the petition and supporting documents, we are not persuaded that the district court arbitrarily and capriciously abused its discretion so as to warrant our extraordinary and discretionary intervention. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-21811

cc: Hon. Lidia Stiglich, District Judge
Law Office of James Shields Beasley
Marquis Aurbach Coffing
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A